# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-13-00033-CV

**Helen Butts Tipps, Sue Ethel McEachern, Estate of Flora L. Thompson, Perry Thompson, Jr., Independent Executor, Perry Thompson, Jr. and Sandra Sue Sartain**

**v.**

**Chinn Exploration Company, and Cherokee Royalty Syndicate, Howard P. Coghlan, Receiver**

(No. 2009-2036-A IN 188TH DISTRICT COURT OF GREGG COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | SANDI CLARKE |
| MOTION FEE | $15.00 | E-PAID | JULIE A NOBLE |
| MOTION FEE | $10.00 | E-PAID | SANDI CLARKE |
| MOTION FEE | $10.00 | E-PAID | JULIE A NOBLE |
| MOTION FEE | $10.00 | E-PAID | LINDSAY K JONES |
| MOTION FEE | $10.00 | E-PAID | LINDSAY K JONES |
| MOTION FEE | $10.00 | E-PAID | KRISTEN L MCPHERSON |
| MOTION FEE | $10.00 | E-PAID | JULIE A NOBLE |
| MOTION FEE | $10.00 | E-PAID | MICHAEL T. RUNYAN |
| MOTION FEE | $10.00 | E-PAID | VANCE P. FREEMAN |
| REPORTER'S RECORD | $3,390.00 | UNKNOWN | |
| SUPPLEMENTAL CLERK'S RECORD | $60.00 | PAID | REX WHITE |
| CLERK'S RECORD | $2,001.00 | PAID | REX WHITE & VANCE FREEMAN |
| FILING | $100.00 | PAID | REX H. WHITE, JR. |
| INDIGENT | $25.00 | PAID | REX H. WHITE, JR. |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | REX H. WHITE, JR. |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | REX H WHITE JR |
| INDIGENCY FEE | $25.00 | PAID | FREEMAN MILLS, PC |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | FREEMAN MILLS, PC |
| FILING | $100.00 | PAID | FREEMAN MILLS, PC |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | VANCE P FREEMAN |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this June 12, 2015.

**DEBRA AUTREY, CLERK**

By _____
Deputy